USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/28/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Gabriella Bass,

               Plaintiff,

        -against-

Diversity Inc. Media,

               Defendant.
-----------------------------------------------------------X

19 **CIVIL** 2261 (AJN)

**DEFAULT JUDGMENT**

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Opinion & Order dated May 28, 2020, Plaintiff's motion for default judgment is GRANTED. Judgment is entered against Defendant in the amount of $5,000 for the Copyright Act infringement and $5,000 for the DMCA violation. The Court also awards $2,975 in attorney's fees and $440 in costs; accordingly, the case is closed.

**DATED**: New York, New York
            May 28, 2020

                                           **RUBY J. KRAJICK**
                                              Clerk of Court

                                  **BY**: _____
                                                **Deputy Clerk**